IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| United States of America and State of North Carolina, *ex rel.* Diane Matthews,<br><br>**Plaintiffs**,<br><br>v.<br><br>Horizon Marketing and Research, LLC (aka Horizon MedCorp or Medical Billing Solutions),<br><br>**Defendant**. | **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>Case No.: 3:12-cv-825-RJC |

NOW COMES THE INDIVIDUAL PLAINTIFF-RELATOR, by and through counsel, and pursuant to Rule 41(a)(1)(A)(i), and 31 U.S.C. §3730(b), and further pursuant to N.C. Gen. Stat. §1-608(b)(1), with respect to the claims asserted under the North Carolina False Claims Act, and files this her Notice of Voluntary Dismissal Without Prejudice, which is being filed before any opposing party has been served and before any opposing party has served either an answer or a motion for summary judgment. The Individual Plaintiff-Relator further states to the Court that both the United States and the State of North Carolina have informed her counsel in writing that the United States and the State of North Carolina consent to this Voluntary Dismissal Without Prejudice, which also is without prejudice to the United States and the State of North Carolina, and that the United States and the State of North Carolina have previously filed and served (on February 10, 2014) their Notices of Election to Decline Intervention.

This the 6th day of March, 2014.

                **RABON LAW FIRM, PLLC**

                /s/Charles H. Rabon, Jr.
                Charles H. Rabon, Jr.
                N.C. Bar No 16800
                225 E. Worthington Avenue, Suite 100
                Charlotte, NC 28203
                Tel: 704-247-3247
                Fax: 704-208-4645
                Email: Crabon@ufraudattorneys.com

                **BERGER & MONTAGUE, P.C.**

                /s/ Susan Schneider Thomas
                Sherrie R. Savett
                Susan Schneider Thomas
                Yael R. May
                1622 Locust Street
                Philadelphia, PA 19103
                Tel: 215-875-3000
                Fax: 215-875-4604

                **Attorneys for Plaintiff-Relator**

## CERTIFICATE OF SERVICE

      This is to certify that on this date I served a copy of the foregoing **NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** was filed electronically. Notice of this filing will be sent by operation of the Court's Electronic Filing System to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      This the 6th day of March, 2014.

      /s/ Charles H. Rabon, Jr.
      Charles H. Rabon, Jr.